

**INFOBUCK.COM**

- PO Box 12231
  Roanoke, VA 24023
- infobuck@juno.com

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 09 2017

JULIA C. DUDLEY, CLERK
BY: /s/
  DEPUTY CLERK

**January 8, 2017**

**Federal Civil Rights Complaint filed against the State of Virginia in failure to provide due process and equal protection under the law as shown in the submitted enclosure, brought to the attention of Chief Magistrate Stephen Poff, relative to CASE # GC16020860-00, hearing scheduled 01/17/2017, Commonwealth of Virginia vs Bobby Larry Buck, Roanoke City General District Court.**

**Bobby Larry Buck**

*/s/ Bobby Larry Buck*

**3720 Knollridge Road  Apt. 601**
**Salem, VA 24153**
**540-354-4664**

**Enclosure**

**INFOBUCK.COM**

- PO Box 12231
  Roanoke, VA 24023
- infobuck@juno.com

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 09 2017

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

January 3, 2017

Chief Magistrate Stephen Daniel Poff
City of Roanoke
324 W. Campbell Avenue
Roanoke, VA 24016-3625
540-853-2247
540-853-1210

Chief Magistrate Poff:

I attempted to file a Criminal Complaint against Shawn Michael Hunter for threats made against me in the hallway outside of courtroom four in the Roanoke City General District Court on 12-21-16, just prior to a hearing of which a protective order was filed against me.

This threat of bodily harm was interceded by Derrick Stewart before Shawn Michael Hunter could make physical contact. This incident was recorded by the security video according to Deputy Sheriff Ferguson.

I even brought this to the attention of the Judge when prosecuting the protective order in court, no acknowledging my coming forth with information about the incident.

I earlier around 12-14-16 informed the Roanoke City Police of my concerns about potential harm from the individual Shawn Michael Hunter and members of the group he represents.

I was informed by Deputy Sheriff Ferguson that a warrant would be needed before giving access to the video. I filed a police report as told with the Roanoke City Police Department... #16-133801.

I went to the Magistrate's Office to file a criminal complaint for a warrant of arrest for the physical threat made by Shawn Michael Hunter, of which the magistrate was reluctant to ask for an investigation by viewing the evidence.

Come to find out, the warrant of arrest complaint was never filed with Detective Bureau and no record of my having filed a complaint.

A copy of my complaint is enclosed, but was evidently discarded.

I ask that you look into the matter of my being denied "due process" in our justice system.

Sincerely,

Bobby L. Buck
3720 Knollridge Road  Apt. 601
Salem, VA 24023
540-354-4664